**FILED**
**U.S. District Court**
**District of Kansas**
06/23/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JESSE JOSEPH AICH,

    **Plaintiff,**

    **v.**               **CASE NO. 26-3087-JWL**

STATE OF KANSAS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil action. Plaintiff is in custody at the Reno County Correctional Facility in Hutchinson, Kansas. This action was dismissed on May 18, 2026. (Docs. 6, 7.) On June 1, 2026, Plaintiff filed a Notice of Appeal (Doc. 8). This matter is before the Court on Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 11). Plaintiff submitted his motion with three different case numbers in the caption. Plaintiff was notified in his case opening notice that he must only put one case number on each motion. In the future, filings from Plaintiff that contain multiple case numbers will only be filed in the first case listed.

Section 1915(g) provides that "[i]n no event shall a prisoner . . . appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff is a three-strikes litigant.[1]

---

[1] The Court finds at least 3 prior civil actions filed by Plaintiff which qualify as "strikes" under § 1915(g). *See Aich v. Reno Cnty. Corr. Facility*, Case No. 25-3235-JWL, Doc. 7 (D. Kan. Jan. 23, 2026) (dismissed for failure to state a claim); *Aich v. Reno Cnty. Corr. Facility*, Case No. 25-3248-JWL, Doc. 6 (D. Kan. Dec. 22, 2025) (dismissed for failure to state a claim); *Aich, et al. v. Reno Cnty. Corr. Facility*, Case No. 25-3249-JWL, Doc. 7 (D. Kan. Dec. 22,

As a three-strikes litigant, Plaintiff is not entitled to appeal without prepaying the appellate filing fee unless he shows imminent danger of serious physical injury.  28 U.S.C. § 1915(g). Plaintiff has failed to show that he is under imminent danger of serious physical injury.  Although Plaintiff argues that filing fees are already allocated and set aside by the government and to charge him again for the fees constitutes double jeopardy, this Court has previously rejected this same argument from Plaintiff.  *See Aich v. Kansas*, Case No. 26-3072-JWL, Doc. 9, at 2 (D. Kan.). Because Plaintiff has not shown that he meets the only exception set forth in § 1915(g), the Court denies leave to appeal in forma pauperis.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 11) is **denied.**

Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED**.

**Dated June 23, 2026, in Kansas City, Kansas.**

**S/  John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

---

2025) (dismissed for failure to state a claim); and *Aich v. Reno Cnty. Corr. Facility*, Case No. 25-3255-JWL, Doc. 7 (D. Kan. Dec. 12, 2025) (dismissed for failure to state a claim).